PEOPLE *ex rel.* O'CONNOR *v.* PURROY *et al.*, Fire Commissioners.

(*Supreme Court, General Term, First Department.* January 28, 1889.)

On *certiorari*.
Proceedings by the people, on the relation of William J. O'Connor, to review the action of the fire commissioners of the city of New York in dismissing the relator from the fire department.
Argued before VAN BRUNT, P. J., and BRADY and MACOMBER, JJ.
*Alfred Steckler*, for relator. *David J. Dean*, for respondents.

BRADY, J. For the reasons stated in the case of *People* v. *Purroy, ante,* 345, decided herewith, the proceedings herein should be affirmed, and the writ dismissed.

VAN BRUNT, P. J., concurs, as expressed in memorandum in *Case of Purroy.*

MACOMBER, J., concurs in result.